Nos. 600 and 601. NEW YORK EX REL. NORTHERN FINANCE CORP. *v.* LYNCH ET AL. Jurisdictional statement submitted December 2, 1933. Decided December 11, 1933. *Per Curiam:* The motion to dismiss the appeals herein is denied. The motion to affirm is granted, and the judgments are affirmed. *Pacific Co., Ltd.* v. *Johnson*, 285 U.S. 480, 490. *Mr. Edwin DeT. Bechtel* for appellant. *Mr. Wendell P. Brown* for appellees.

No. [19], original. EX PARTE BALDWIN ET AL., TRUSTEES, ET AL. December 11, 1933. The motion for leave to file petition for writ of mandamus herein is granted and a rule to show cause is ordered to issue returnable on Monday, January 8 next.